PS 42
(Rev 07/93)

# United States District Court

### Eastern District of Washington

| United States of America | ) |
| vs | ) |
| Damon John Heintz | ) |

RECEIVED
SEP 01 2005
U.S. PROBATION
OFFICE YAKIMA

FILED IN
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 07 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

Case No. 2:05CR00109-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Damon John Heintz, have discussed with Jose Vargas, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant shall refrain from the use of alcohol and illegal substances; the defendant shall submit to urinalysis and breathalyzer testing as directed by the U.S. Probation Office; and the defendant shall undergo a substance abuse evaluation and complete any recommended treatment, as approved by the U.S. Probation Office.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9/1/05      _____  9/1/05
Signature of Defendant    Date        Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                9-1-05
Signature of Defense Counsel            Date

[✓]   The above modification of conditions of release is ordered, to be effective on 9/7/05

[ ]   The above modification of conditions of release is **not** ordered.

_____                9/7/05
Signature of Judicial Officer           Date